IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PROFESSIONAL HOME
HEALTH SERVICES, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-1831

v.

AGENCY FOR HEALTH CARE
ADMINISTRATION,

     Appellee.

_____/

Opinion filed July 2, 2014.

An appeal from an order of the Division of Administrative Hearings.
Jessica E. Varn, Administrative Law Judge.

James M. Barclay, Tallahassee; Daniel Loren Leyton and Javier Talamo, of Kravitz Talamo Leyton, LLP, Miami, for Appellant.

Stuart Williams, General Counsel, and Tracy Cooper George, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, C. J., WOLF and WETHERELL, JJ., CONCUR.